DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIELLE ARNOLD,**
Appellant,

v.

**SCHOOL BOARD OF BROWARD COUNTY,**
**ROBERT W. RUNCIE,** Superintendent,
Appellees.

No. 4D16-1692

[July 27, 2017]

Appeal from the School Board of Broward County; L.T. Case No. DOAH #14-1898TTS.

Mark Wilensky of Dubiner & Wilensky, L.L.C., West Palm Beach, for appellant.

Debra Potter Klauber of Haliczer, Pettis & Schwamm, Fort Lauderdale, for appellee School Board of Broward County.

PER CURIAM.

*Affirmed.*

MAY, CONNER, JJ., and SMALL LISA, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***